**Jess G. Kelsey, Doing Business as K & K Cleaners, Appellee, v. A. & E. Machinery Co., Inc., a Corporation, Appellant.**

**Gen. No. 11,425.** 

Second District, First Division.

April 12, 1961.

Ralph H. Haen, of Rockford, for appellant; Berry & Simmons, of Rockford, for appellee. Opinion by JUDGE McNEAL. Not to be published in full.